# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 01-1619-BR  **Proceeding Date:** November 28, 2005

**Case Title:** Anstett v. Oregon, et al.

**Presiding Judge**: Donald C. Ashmanskas  **Courtroom Deputy**: Paul Gale (jh)

**Reporter:** None  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) Michelle Burrows | (1) Lynne Rennick |
| (2) David Sugarman | (2) Leonard Williamson |
| (3) | (3) Rodney Norton |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**: RECORD OF CONFERENCE: The parties shall have until December 28, 2005, to submit written arguments to the court addressing: (1) Plaintiffs' objection to the Alcoholics or Narcotics Anonymous participation requirement contained in the August 2004 Medical Guidelines for Hepatitis C Evaluation and Treatment (Doc. #170); and (2) proposed directives to the members of the Medical Review Panel concerning the content of their final report(s) as contemplated in the Settlement and Release (Doc. #142).

Counsel for Defendants will distribute copies of the Settlement and Release (Doc. #142) to the members of the Medical Review Panel.

**Document Number:** _____
**CIVIL MINUTES**

Revised November 28, 2005

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 01-1619-BR  **Proceeding Date:** November 28, 2005

**Case Title:** Anstett v. Oregon, et al.

**Presiding Judge**: Donald C. Ashmanskas  **Courtroom Deputy**: Paul Gale (jh)

**Reporter:** None  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) Michelle Burrows | (1) Lynne Rennick |
| (2) David Sugarman | (2) Leonard Williamson |
| (3) | (3) Rodney Norton |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**: RECORD OF CONFERENCE: The parties shall have until December 28, 2005, to submit written arguments to the court addressing: (1) Plaintiffs' objection to the Alcoholics or Narcotics Anonymous participation requirement contained in the August 2004 Medical Guidelines for Hepatitis C Evaluation and Treatment (Doc. #170); and (2) proposed directives to the members of the Medical Review Panel concerning the content of their final report(s) as contemplated in the Settlement and Release (Doc. #142).

Counsel for Defendants will distribute copies of the Settlement and Release (Doc. #142) to the members of the Medical Review Panel.

**Document Number:** _____
**CIVIL MINUTES**