# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No**: Cv. 01-1619-BR  **Proceeding Date:** April 6, 2007

**Case Title:** Anstett v. Oregon, et al.

**Presiding Judge**: Donald C. Ashmanskas  **Courtroom Deputy**: Paul Gale (jh)

**Reporter:** None  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) Michelle R. Burrows | (1) Lynne D. Rennick |
| (2) | (2) Leonard Williamson |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**: RECORD OF TELEPHONE CONFERENCE:

1. The Clerk of the Court is DIRECTED to enter the March 21, 2007, "Report From the Hepatitis C Medical Review Panel" into the court docket.

2. The parties shall continue their efforts to correct the "erroneous" notice posted in Oregon Department of Corrections ("ODOC") Institutions.

3. Counsel for Defendants shall have until April 23, 2007, to file a motion with the court setting forth their position that the March 21, 2007, Report indicates ODOC officials are in sufficient compliance with the "Medical Guidelines for Hepatitis C Evaluation and Treatment - 2004" (docket #170) such that this case may be closed. Counsel for Plaintiff shall have until May 4, 2007, to file a response. The Special Master shall take the matter under advisement on May 4, 2007, and shall issue a written recommendation to Judge Brown.

4. Counsel for Plaintiffs shall supply the court with information about attorney referrals for inmates not currently represented with respect to claims outside the scope of the class certification.

**Document Number:** _____
**CIVIL MINUTES**