HARDY MYERS
Attorney General
LYNNE D. RENNICK #98095
Special Assistant Attorney General
Rennick Law Office
130 S. Comstock – Ste 108
Sutherlin, OR 97479
Telephone: Rennick (541) 459-5301
Fax: Rennick (541) 459-9878
Email: lynne@rennicklaw.com

Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RODGER R. ANSTETT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF OREGON, et al, <br><br> Defendants. | Case No. 01-1619-BR <br><br> DEFENDANTS' MOTION TO DISMISS |

Pursuant to LR 7.1(a)(1)(C) the undersigned counsel for the defendants certifies that she took part in a telephone conference on April 6, 2007 that included the Honorable Donald Ashmanskas, Senior Assistant Attorney General Leonard Williamson, and plaintiffs' counsel Michelle Burrows. During that telephone conference, Ms. Burrows indicated her opposition to defendants' proposed motion to dismiss.

Therefore, pursuant to the Release and Settlement Agreement (Agreement) filed in this case in April of 2004 and to the April 6, 2007, minute order of Judge Ashmanskas, the defendants STATE of OREGON et al, hereby move the court to order Plaintiff Class to dismiss this action against all defendants *with prejudice*, based on the Hepatitis C Medical Review

Panel's (MRP) findings in the recently filed "Report From the Hepatitis C Medical Review Panel."

In support of this motion, defendants rely on their attached Memorandum of Law.

DATED this 23rd day of April, 2007.

Respectfully submitted,

HARDY MYERS
Attorney General

LYNNE D. RENNICK #98095
Special Assistant Attorney General
Rennick Law Office
130 S. Comstock – Ste 108
Sutherlin, OR 97479
Of Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on April 23ʳᵈ, 2007, I served the foregoing DEFENDANTS' MOTION TO DISMISS upon the parties hereto by the method indicated below, and addressed to the following:

Michelle Burrows  
Attorney at Law  
618 NW Glisan St. Suite 203  
Portland OR 97209

\_ HAND DELIVERY  
\_ MAIL DELIVERY  
\_ OVERNIGHT MAIL  
\_ TELECOPY (FAX)  
\_ E-MAIL  
X E-FILE

LYNNE D. RENNICK, #98095  
Special Assistant Attorney General  
Trial Attorney  
Rennick Law Office  
433 West 10th -- Ste 102  
Eugene OR 97401  
Ph) 541-345-7200  
(Fax) 541-345-7201  
(E-mail) Lynne@Rennicklaw.com

Page 1 -   CERTIFICATE OF SERVICE  
LWW/bjc/Cert 4 Aff TRIO6009 (3)