JUDGE'S COURTESY COPY

HARDY MYERS
Attorney General
LYNNE D. RENNICK #98095
Special Assistant Attorney General
Rennick Law Office
130 S. Comstock – Ste 108
Sutherlin, OR 97479
Telephone: Rennick (541) 459-5301
Fax: Rennick (541) 459-9878
Email: lynne@rennicklaw.com

Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RODGER R. ANSTETT, et al, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF OREGON, et al, <br><br> Defendants. | Case No. 01-1619-BR <br><br> STIPULATED JUDGMENT OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41, the order of the Special Master and the agreement and stipulation of the parties, it is hereby ORDERED and ADJUDGED that the above-entitled class action claim regarding the Oregon Department of Corrections (ODOC) 2003 HCV Treatment Guidelines (Guidelines) is DISMISSED WITH PREJUDICE and without costs or attorney's fees pursuant to the terms and conditions set forth in the Settlement and Release Agreement (Agreement) dated April 4, 2004. (USDC Doc # 142).

Page 1 – STIPULATED JUDGMENT OF DISMISSAL
Department of Justice
1162 Court Street NE

The plaintiff class will be notified of this dismissal by the attached Notice which will be immediately published and posted in all ODOC institutions. (See Attachment 1).

DATED this 20th day of August, 2007.

IT IS SO ORDERED

_____
ANNA J. BROWN
U. S. District Court Judge

IT IS SO STIPULATED:

_____
LYNNE D RENNICK
Special Assistant Attorney General
Of Attorneys for State Defendants

Page 2 – STIPULATED JUDGMENT OF DISMISSAL      Department of Justice
1162 Court Street NE

# *Anstett et seq v. ODOC et seq* Class Member Notice

## *READ CAREFULLY*

## THE CLASS ACTION IS DISMISSED WITH PREJUDICE.

The Class Action law suit involving ODOC's medical treatment of hepatitis C in prisoners. (*Anstett et seq v. State of Oregon USDC Case No. 01-1619*) has concluded. This case was settled in 2004 and is now dismissed with prejudice pursuant to that Settlement Agreement. A copy of the written Settlement Agreement remains available in the law library for review by class members.

United States District Court Judge Anna J Brown together with the Honorable Donald Ashmanskas as Special Master, retained jurisdiction throughout the class action's settlement process. According to the terms of the Settlement Agreement, a panel of outside expert physicians reviewed the ODOC Treatment Guidelines for the medical treatment of hepatitis C infected prisoners and how those guidelines are applied when ODOC provides medical care to the individual prisoners. Their recommendations have been adopted and implemented by ODOC.

Note: ALL Class members are part of the settlement and are therefore prohibited from filing an individual law-suit about either the ODOC Hepatitis C Treatment Guidelines or the application of those Guidelines. These issues were decided by the class action. However, any individual believing that he/she was injured by the way that ODOC treated (or failed to treat) his/her hepatitis C and who wishes to file a separate lawsuit for money damages, may do so by contacting his/her own attorney in a timely manner.

*Anstett v State* USDC CV01-1619-BR
Stipulated Judgment of Dismissal
Attachment 1, Page 1 of 1